[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13288

Non-Argument Calendar

_____

TINIKA S. WARREN,

                                        Plaintiff-Appellant,

*versus*

CHILDREN'S HOSPITAL OF ATLANTA, GEORGIA,
Egleston location, et al,
DFACS DEKALB,
DEFACS HENRY COUNTY,
NICHELL WARREN,
MICHAEL JACKSON, et al.,

                                        Defendants-Appellees.

_____

2                    Opinion of the Court                    24-13288

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-03500-SDG

_____

Before ROSENBAUM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Tinika Warren was required to file a notice of appeal from the district court's August 22, 2024, order denying her motion for reconsideration by September 23, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 26(a)(1)(C). However, Warren's notice of appeal was not filed until October 8, 2024. *See Haney v. Mizell Mem'l Hosp.*, 744 F.2d 1467, 1472 (11th Cir. 1984). Warren's notice is also untimely as to all of the court's previous orders, which were entered in 2022 and earlier. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), (7)(A)(ii). Accordingly, the notice cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.